# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re:              | Case No. 13-09230 |
|---------------------|-------------------|
| Nicole Cox          |                   |
| Debtor(s)           |                   |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/30/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor      $0.00
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$0.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $0.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $0.00
    Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$0.00**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A CAR SHOP | Unsecured | 1,269.30 | NA | NA | 0.00 | 0.00 |
| ADP BENEFIT SERVICE | Unsecured | 1,015.56 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE INSURANCE COMPAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALAN L BECKER & ASSOCIATES | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Alejandro Leon | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| AMERI MARK PREMIER | Unsecured | 58.80 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 371.79 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AMERITECH IL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Argent Health Care Financial Servic | Unsecured | 827.63 | NA | NA | 0.00 | 0.00 |
| Argent Health Care Financial Servic | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 207.40 | NA | NA | 0.00 | 0.00 |
| Aspen | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,016.05 | 2,572.65 | 2,572.65 | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 5,313.12 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| BMG Music | Unsecured | 8.88 | NA | NA | 0.00 | 0.00 |
| Bob's Auto Sales | Secured | 2,973.00 | NA | NA | 0.00 | 0.00 |
| Bob's Auto Sales | Unsecured | NA | 3,571.74 | 3,571.74 | 0.00 | 0.00 |
| Capital Crossing | Unsecured | 192.50 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 843.20 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 674.49 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,139.36 | 1,139.36 | 1,139.36 | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 73.04 | NA | NA | 0.00 | 0.00 |
| Ccs/Cortrust Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST SAVINGS BANK | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| CCV | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CFG Credit LP | Unsecured | 468.28 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chiles & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 227.28 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,394.92 | 3,531.40 | 3,531.40 | 0.00 | 0.00 |
| CITY OF DEKALB COMPLUS PARKIN | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| Collection Company of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 167.45 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 600.00 | 2,462.38 | 2,462.38 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Service Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Connecticut Gerneral Life Insurance | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance Company LLC | Unsecured | 308.83 | NA | NA | 0.00 | 0.00 |
| Control Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing, Inc | Unsecured | 2,468.00 | NA | NA | 0.00 | 0.00 |
| Corturst Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Services | Unsecured | 349.54 | NA | NA | 0.00 | 0.00 |
| CRA Security Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT INTERNATIONAL CORP | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Credit Pac | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Services | Unsecured | 104.67 | NA | NA | 0.00 | 0.00 |
| CrossCheck, Inc | Unsecured | 174.24 | NA | NA | 0.00 | 0.00 |
| D & 8 RMS | Unsecured | 74.15 | NA | NA | 0.00 | 0.00 |
| Delta Dental | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Deluxe Payment Protection Systems | Unsecured | 579.77 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DOLLAR BILLS | Unsecured | 55.65 | NA | NA | 0.00 | 0.00 |
| Dominick's Finer Foods Corp | Unsecured | 303.97 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| Dupage County States Attorney | Unsecured | 384.08 | NA | NA | 0.00 | 0.00 |
| Dupage Housing Authority | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 755.19 | NA | NA | 0.00 | 0.00 |
| Extrafunds.com LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Fast Cash Advance | Unsecured | 1,424.11 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 1,230.11 | 688.17 | 688.17 | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Federal Center Employees Credit Uni | Unsecured | 435.28 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1,008.38 | NA | NA | 0.00 | 0.00 |
| Fin Proc LLC upfront | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 907.61 | NA | NA | 0.00 | 0.00 |
| First Midwest Bank | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Goodwill Retail Services | Unsecured | 65.95 | NA | NA | 0.00 | 0.00 |
| Greater Subruban Acceptance Co. | Unsecured | 14,922.53 | NA | NA | 0.00 | 0.00 |
| H& F Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Healthcare for Women S.C. | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 400.00 | 362.01 | 362.01 | 0.00 | 0.00 |
| Illinois Department of Public Aid | Unsecured | 10,412.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Transportati | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,136.42 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS INC | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| Impact Payments Solutions | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Insurance National Services | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Insure One | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,690.89 | 2,690.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 8,651.68 | 8,651.68 | 0.00 | 0.00 |
| Macy's | Unsecured | 123.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mcydsnb | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection Solution DNC for | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPALITY OF WESTCHESTER IL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PANAM CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 320.10 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 290.99 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 466.34 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,235.99 | 1,411.28 | 1,411.28 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 394.53 | 394.06 | 394.06 | 0.00 | 0.00 |
| RATNER SALON | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Rrca Acct Mgmt | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 2,468.63 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 104.50 | 1,631.90 | 1,631.90 | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 3,947.00 | NA | NA | 0.00 | 0.00 |
| Sterling & King Inc | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,297.00 | NA | NA | 0.00 | 0.00 |
| The Loan Shop | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Srv | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL SVC | Secured | NA | 1,018.87 | 1,018.87 | 0.00 | 0.00 |
| TRI STATE FINANCIAL SVC | Unsecured | 4,000.00 | 0.00 | 1,018.87 | 0.00 | 0.00 |
| Union Pacific Railroad | Unsecured | 53.50 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 607.91 | NA | NA | 0.00 | 0.00 |
| VCA Franklin Park Animal Hospital | Unsecured | 80.14 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 6,675.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,018.87 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,018.87** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,651.68 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$8,651.68** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$21,794.71** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2013            By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**